## Douglas D. JOHNSON, Appellant,

v.

## Larry NORRIS, Director, Arkansas Department of Correction; Clifford Terry, Warden, Wrightsville Unit, Arkansas Department of Correction; Brook Parks, Classification Officer, Wrightsville Unit, Arkansas Department of Correction; Guy Jordan, Arkansas State Police; Bailey, Colonel, Arkansas State Police; George Brewer, Interstate Compact Coordinator, Arkansas Department of Correction, Appellees.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

No. 00–2166.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 21, 2001.

Decided Feb. 22, 2001.

Before MCMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Douglas D. Johnson, a Virginia inmate formerly housed in Arkansas under the Interstate Corrections Compact (ICC), appeals the dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim. Having reviewed de novo Johnson's submissions to the district court, *see First Commercial Trust Co. v. Colt's Mfg. Co., Inc.,* 77 F.3d 1081, 1083 (8th Cir.1996), we conclude Johnson did not state a § 1983 claim under any of the theories he pursued, *see* 42 U.S.C. § 1997e(e); *Haines v. Kerner,* 404 U.S. 519, 520, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972) (liberal construction of pro se complaints); *Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (Eighth Amendment violated where prison officials are deliberately indifferent to prisoner's health or safety); *Ellis v. Norris,* 179 F.3d 1078, 1079 (8th Cir.1999) (prisoner failed to state Eighth Amendment claim because he did not allege how inadequate security caused him injury); *Stewart v. McManus,* 924

---

F.2d 138, 142 (8th Cir.1991) (ICC cannot serve as basis for inmate's § 1983 claim).

Accordingly, we affirm.